*Key, J. Louis Monarch, Joseph M. Jones,* and *Richard H. Demuth* for respondent. Reported below: 110 F. 2d 934.

Nos. 202 and 203. MARYLAND CASUALTY CO. *v.* ALFORD, ADMINISTRATOR. October 14, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. John J. Carmody* and *John J. Wilson* for petitioner.

No. 206. GALLEGOS ET AL. *v.* SMITH, CORPORATION COMMISSIONER OF OREGON. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Alexander B. Baker* and *John F. Reilly* for petitioners.

No. 207. COMPRESS OF UNION ET AL. *v.* STONE, TAX COMMISSIONER. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Mississippi denied. *Messrs. Marcellus Green, J. N. Flowers, Clyde L. Hester,* and *Garner W. Green, Sr.,* for petitioners.

No. 208. KULESZA ET AL. *v.* AMERICAN CAR & FOUNDRY CO. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harold O. Mulks* for petitioners. *Messrs. Samuel W. Banning* and *Ephraim Banning* for respondent.

No. 215. TOVREA PACKING CO. *v.* NATIONAL LABOR RELATIONS BOARD. October 14, 1940. Petition for writ of